**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RODNEY A. CAMPBELL,                    )
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )        No. 4:26-CV-00706 JMB
                                       )
JUDGE VINCE JOHNSON, et al.,           )
                                       )
            Defendants.                )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Rodney A. Campbell, an inmate at St. Charles County Detention Center, filed this civil rights action for money damages and injunctive relief on May 6, 2026, alleging that he has been improperly treated by Judge Vince Johnson in St. Charles County Court. However, Plaintiff neither paid the Court filing fee nor filed an Application to Proceed in District Court Without Prepaying Fees or Costs.[1] Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff files an Application to Proceed in District Court Without Prepaying Fees or Costs, he must also file a certified copy of his inmate account statement for the six-month period immediately preceding the filing of the Complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

---

[1] Even if Plaintiff files an Application to Proceed Without Prepaying Fees or Costs, it is unlikely the Court will grant his Application, as at least three of Plaintiff's prior lawsuits have been dismissed pursuant to § 1915(g). *See Campbell v. St. Charles County Jail, et al.,* No. 4:25-cv-1902 ACL (E.D.Mo); *Campbell v. St. Charles County Jail, et al.,* No. 4:26-cv-00152 HEA (E.D.Mo.); *Campbell v. Madison County Jail, et al.,* No. 4:26-cv-00165 RHH (E.D.Mo.); and *Campbell v. Campanga, et al.,* No. 4:25-cv-1901 JMB (E.D.Mo.). Thus, Plaintiff will likely be required to pay the full $405 filing fee to proceed with this lawsuit unless he can show that he is under "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g).

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a Application to Proceed in District Court Without Prepaying Fees or Costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files Application to Proceed in District Court Without Prepaying Fees or Costs, he must also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 8th day of May, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

2